**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  1/14/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ALEX ALLEN<br>LA. DOC #430357 | CIVIL ACTION NO. 3:10-cv-1613 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| STATE OF LOUISIANA,<br>ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous pursuant to the provisions of 28 U.S.C. § 1915(e)(2). Plaintiff may assert a claim if and when he can meet the *Heck v. Humphrey* conditions.

MONROE, LOUISIANA, this 14 day of January, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE